IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Melissa Thornley et al, <br><br> Plaintiff(s), <br><br> v. <br><br> Clearview AI, Inc., <br><br> Defendant(s). | Case No. 20 cv 3843 <br> Judge |

## ORDER

Pursuant to the ruling by the USCA [48], this case is remanded to the Circuit Court of Cook County. The Clerk of Court is directed to remand this case to the Circuit Court of Cook County forthwith.

Date: 3/10/2021

/s/Sharon Johnson Coleman
Sharon Johnson Coleman
United States District Judge